UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENANCIO GARCIA III,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN HOBBS,<br><br>　　　　　　　　Defendant. | Cause No. C22-5152RSL<br><br><br>ORDER EXTENDING ANSWER<br>DEADLINE |

This matter comes before the Court on defendant Steven Hobbs' "Unopposed Motion to Extend Time for Filing Answer to Amended Complaint." Dkt. # 19.[1] The motion is GRANTED, and the Answer filed on July 8, 2022, is hereby accepted.

Dated this 31st day of August, 2022.

　　　　　　　　　　　　　　　　*Robert S. Lasnik* (signature)
　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　United States District Judge

---

[1] A district court of three judges has been convened to hear this case. Pursuant to 28 U.S.C. § 2284(b)(3), this pretrial motion has been considered and resolved by a single judge.

ORDER EXTENDING ANSWER
DEADLINE - 1