1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6   BENANCIO GARCIA III,                          Cause No. C22-5152-RSL-DGE-LJCV

7                          Plaintiff,

8              v.                                 ORDER

9   STEVEN HOBBS,

10                         Defendant.

11          At the hearing scheduled for March 7, 2023, the parties shall be prepared to respond to the

12   Court's inquiries regarding the existence of potential and actual conflicts in this case and to discuss

13   appropriate remedies if the Court finds that a conflict exists.

14

15          Dated this 3rd day of March, 2023.

16

17                                       Robert S. Lasnik
                                         United States District Judge

18

19

20

21

22   ORDER - 1