1
2
3
4

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUSAN SOTO PALMER et al., | |
| *Plaintiffs*, | |
| v. | Case No.: 3:22-cv-5035-RSL |
| STEVEN HOBBS, in his official capacity as Secretary of State of Washington, et al., | |
| *Defendants*, | **ORDER GRANTING INTERVENOR-DEFENDANTS' MOTION TO FILE AN OVER-LENGTH POST-TRIAL BRIEF** |
| and | |
| JOSE TREVINO et al., | |
| *Intervenor-Defendants*. | |
| BENANCIO GARCIA III, | |
| *Plaintiff*, | Case No.: 3:22-cv-5152-RSL-DGE-LJCV |
| v. | |
| STEVEN HOBBS, in his official capacity as Secretary of State of Washington, et al., | **ORDER GRANTING PLAINTIFF'S MOTION TO FILE AN OVER-LENGTH POST-TRIAL BRIEF** |
| *Defendants*. | |

THIS MATTER has come before the Court, on the request of *Soto Palmer* Intervenor-Defendants Jose Trevino, Ismael Campos and Alex Ybarra, and *Garcia* Plaintiff Benancio Garcia III (collectively, "Movants") that the Court grant leave to file a single, joint brief in excess of the forty (40) pages directed by the Court, (*see* Trial Tr. 880:3–12).

Having reviewed the Movants' Motion to File Over-Length Post-Trial Brief, and finding good cause for granting Movants' motion, the Court hereby rules as follows:

Movants' Motion to File Over-Length Post-Trial Brief is hereby GRANTED. Movants are granted leave to file a post-trial brief with ten (10) additional pages, for a total of fifty (50) pages.

Dated this 12th day of July, 2023.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE