# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 20, 2024

Clerk
United States District Court for the Western
District of Washington
215 United States Courthouse
1010 Fifth Avenue
Seattle, WA 98104

FILED
LODGED
RECEIVED
MAIL

MAR 0 1 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

Re: Benancio Garcia, III
v. Steven Hobbs, Secretary of State of Washington, et al.
No. 23-467
(Your No. 3:22-cv-05152-RSLDGE-LJCV)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The judgment is vacated, and the case is remanded to the United States District Court for the Western District of Washington with instructions to enter a fresh judgment from which an appeal may be taken to the United States Court of Appeals for the Ninth Circuit.

The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

PLEASE FORWARD TO:
US DISTRICT COURT
700 STEWART ST STE 2310
SEATTLE WA 98101

SEATTLE WA 980
28 FEB 2024 PM 7 L

FILED
LODGED
RECEIVED

MAR 01 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY



NEOPOST
02/20/2024
US POSTAGE $000.64⁰
FIRST-CLASS MAIL
US OFFICIAL MAIL
$ 300 Penalty
For Private Use
ZIP 20543
041M11120601