# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BENANCIO GARCIA III,

        Plaintiff,

v.

STEVEN HOBBS, in his official capacity as Secretary of State of Washington, and the STATE OF WASHINGTON,

        Defendants.

**AMENDED JUDGMENT IN A CIVIL CASE**

CASE NUMBER:
3:22-cv-05152-RSL-DGE-LJCV

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

This action is again before the Court on remand from the United States Supreme Court with instructions to enter a fresh judgment from which an appeal can be taken to the United States Court of Appeals for the Ninth Circuit. The issues were previously considered and a decision was rendered.

THE COURT HAS ORDERED that:

This case is dismissed as moot.

DATED this 25th day of March, 2024.

                                            RAVI SUBRAMANIAN,
                                            Clerk of the Court

                                            By:  */s/ Victoria Ericksen*
                                                          Deputy Clerk